## GEORGE C. BESTOR

### *v.*

## WILLIAM MOSS *et al.*

1. NEW TRIAL—*finding as to facts.* Where a case is fairly left to the jury, under proper instructions, and the evidence is conflicting, both parties being sworn, and the evidence objected to and admitted, even if irrelevant, could not have affected the verdict, a new trial will not be granted.

APPEAL from the Circuit Court of Peoria county; the Hon. S. D. PUTERBAUGH, Judge, presiding.

Messrs. POWELL & MCCULLOCH, for the appellant.

Messrs. JOHNSON & MCCOY, for the appellees.

Per CURIAM: This case was fairly left to the jury, under proper instructions, and turned simply upon the question whether the defendants had paid the debt sued for, or that portion for which they were liable. The jury found they had. The evidence was conflicting, and the parties were both sworn. The evidence objected to by plaintiff bore upon the issue so far as to be admissible, and even if so irrelevant that it might have been excluded, it can not have affected the verdict.

There is no ground for disturbing the verdict.

*Judgment affirmed.*